**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>RONNIE COVINGTON JR<br><br>Debtor(s) | Case No. 18-15434 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/29/2018.

2) The plan was confirmed on 10/16/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 01/29/2019.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,856.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,856.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,052.64 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $48.26 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,100.90** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARGON AGENCY | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| ACE CASH | Unsecured | 544.79 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 83.92 | 83.92 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | 35.92 | 35.92 | 35.92 | 0.00 | 0.00 |
| AT&T SERVICES INC | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY GENERAL OF OHIO | Priority | 152.99 | NA | NA | 0.00 | 0.00 |
| BORDER ENERGY | Unsecured | 20.13 | NA | NA | 0.00 | 0.00 |
| Capital Recovery Systems | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 495.54 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 627.19 | NA | NA | 0.00 | 0.00 |
| CCB CREDIT SERVICE INC | Unsecured | 158.57 | NA | NA | 0.00 | 0.00 |
| CHICAGO HEALTH GROUP | Unsecured | 243.99 | NA | NA | 0.00 | 0.00 |
| CIRCLE FAMILY | Unsecured | 52.84 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 60.00 | 978.67 | 978.67 | 0.00 | 0.00 |
| CITY OF DAYTON | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DAYTON | Unsecured | 952.46 | NA | NA | 0.00 | 0.00 |
| CITY OF SHARONVILLE | Unsecured | 127.95 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF OHIO | Unsecured | 137.00 | 495.54 | 495.54 | 0.00 | 0.00 |
| COMCAST | Unsecured | 843.00 | NA | NA | 0.00 | 0.00 |
| CONFIE PREMIUM FINANCE INC | Unsecured | 123.86 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 627.00 | NA | NA | 0.00 | 0.00 |
| COURTNEY WALKER | Priority | 7,000.00 | NA | NA | 0.00 | 0.00 |
| COURTNEY WALKER | Unsecured | NA | 8,231.96 | 8,231.96 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Unsecured | 380.21 | NA | NA | 0.00 | 0.00 |
| DAYTON POWER AND LIGHT COMPA | Unsecured | 549.70 | NA | NA | 0.00 | 0.00 |
| DAYTON SPRINGFIELD CARDIO FAM | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 981.00 | NA | NA | 0.00 | 0.00 |
| DIRECT CAPITAL PARTNERS ARKAN | Unsecured | 184.61 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 1,638.00 | NA | NA | 0.00 | 0.00 |
| EMERENCY PHYSICAN MG OF ILL | Unsecured | 253.65 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 1,081.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ENHANCED RECOVERY CO L | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORP | Unsecured | 1,787.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 234.62 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE LLC | Unsecured | 119.44 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD | Unsecured | 2,111.33 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,000.00 | 6,486.12 | 6,486.12 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 173.99 | 173.99 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 2,797.00 | NA | NA | 0.00 | 0.00 |
| KULKARNI ORTHODONTICS | Unsecured | 948.00 | NA | NA | 0.00 | 0.00 |
| LIMITED BRANDS SERVICE CENTER | Unsecured | 646.00 | NA | NA | 0.00 | 0.00 |
| METLIFE | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| MIAMI VALLEY EMERGENCY SPECI/ | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| MIRAND RESPONSE SYSTEMS | Unsecured | 233.83 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 1,127.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 1,127.00 | 1,127.22 | 1,127.22 | 0.00 | 0.00 |
| NORMAN H FADIS | Unsecured | 1,950.00 | NA | NA | 0.00 | 0.00 |
| Online Collections | Unsecured | 677.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RADADVANTAGE | Unsecured | 11.90 | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | 9,096.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 10,325.00 | 20,405.45 | 20,405.45 | 661.58 | 93.52 |
| Safe Auto Insurance | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| SCHEER GREEN & BURKE CO LPA | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 280.54 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 1,637.75 | 1,637.75 | 0.00 | 0.00 |
| STATE OF OHIO | Priority | 425.64 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT | Unsecured | 1,218.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 0.00 | 1,005.83 | 1,005.83 | 0.00 | 0.00 |
| TRANSWORLD SYSTEM INC | Unsecured | 1,052.00 | NA | NA | 0.00 | 0.00 |
| TRUST CREDIT SOLUTIONS INC | Unsecured | 391.29 | NA | NA | 0.00 | 0.00 |
| UNITED STATE TREASURY | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | 76,423.49 | 76,423.49 | 0.00 | 0.00 |
| VALUE CITY FURNITURE | Unsecured | NA | 422.32 | 422.32 | 0.00 | 0.00 |
| WAGE WORKS INCORPORATED | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 1,093.54 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $20,405.45 | $661.58 | $93.52 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$20,405.45** | **$661.58** | **$93.52** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $8,231.96 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,486.12 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$14,718.08** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$82,384.65** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,100.90 |
| Disbursements to Creditors | $755.10 |
| **TOTAL DISBURSEMENTS:** | **$1,856.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/04/2019        By: /s/ Tom Vaughn
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**